

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL JAMES SPITZER, | § | No. 08-22-00059-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th Judicial District Court |
| THE STATE OF TEXAS, | § | of Brewster County, Texas |
| Appellee. | § | (TC# CR04955) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.